NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1371


LAURA M. LEJEUNE

VERSUS

MARTY LEJEUNE


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 70448
HONORABLE PHYLLIS M. KEATY, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux Chief Judge, Billy Howard Ezell, and James T. Genovese, Judges.

**AFFIRMED.**

**Burleigh G. Doga**
**Attorney at Law**
**P. O. Drawer 265**
**Crowley, LA 70527-0265**
**(337) 783-8843**
**Counsel for: Plaintiff/Appellee**
**Laura M. LeJeune**

**Marty LeJeune**
**Louisiana State Penitentiary**
**Main Prison, Spruce 2**
**Angola, LA 70712**
**Counsel for: Defendant/Appellant**
**Marty LeJeune**